IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO J. MONTEON,

    Petitioner,                    No. CIV S-07-2725 FCD DAD P

   vs.

DIRECTOR OF CORRECTIONS, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 8, 2008, the court filed findings and recommendations recommending that this action be dismissed due to petitioner's failure to pay the filing fee or to submit an application requesting leave to proceed in forma pauperis.  On February 20, 2008, petitioner filed objections and explained that he had paid the filing fee, not once, but two times.  The Financial Department of the court has searched its records and determined that petitioner's filing fees were received on December 18, 2007 and January 10, 2008.  Therefore, the court will vacate the findings and recommendations and direct the Financial Department to return $5.00 to petitioner.

        In the petition before the court petitioner challenges the decision to deny him parole following his October 31, 2007 parole hearing.  Since petitioner may be entitled to the

1  requested relief if the claimed violation of constitutional rights is proved, respondents will be
2  directed to file a response to petitioner's application.
3     In accordance with the above, IT IS HEREBY ORDERED that:
4     1. The court's findings and recommendations, filed on February 8, 2008, are
5  vacated;
6     2. The Financial Department of the U.S. District Court for the Eastern District of
7  California is directed to return $5.00 to petitioner due to the overpayment of the filing fee;
8     3. Respondents are directed to file a response to petitioner's application within
9  thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer
10 shall be accompanied by any and all transcripts or other documents relevant to the determination
11 of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;
12    4. Petitioner's reply, if any, shall be filed and served within thirty days of service
13 of an answer;
14    5. If the response to petitioner's application is a motion, petitioner's opposition or
15 statement of non-opposition shall be filed and served within thirty days of service of the motion,
16 and respondents' reply, if any, shall be filed within fifteen days thereafter; and
17    6. The Clerk of the Court shall serve a copy of this order together with a copy of
18 petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer A.
19 Neill, Supervising Deputy Attorney General.
20 DATED: February 28, 2008.

            _____
            DALE A. DROZD
            UNITED STATES MAGISTRATE JUDGE

24 DAD:4
mont2725.100+