E-Filed: **6/3/09**

JS - 6

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Alfredo J. Monteon** | **CASE NO. CV 07-2725-GHK** |
| Petitioner, | |
| v. | **JUDGMENT** |
| **Director of Corrections, et al.,** | |
| Respondents. | |

    Pursuant to our June 3, 2009 Order denying Petitioner Alfredo J. Monteon's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED with prejudice**.

    **IT IS SO ORDERED**.

DATED: June 3, 2009

_____
GEORGE H. KING[1]
United States District Judge

---

[1] United States District Judge for the Central District of California sitting by designation.